**Loren D. Podwill**, OSB #843241
**Alexander H. Hill**, OSB #135515
BULLIVANT HOUSER BAILEY PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351
Facsimile: 503.295.0915

Attorneys for Plaintiffs Broadcast Music, Inc.,
Velvet Apple Music, Sony/ATV Songs LLC d/b/a
Sony/ATV Tree Publishing, Al Green Music, Inc.,
Rondor Music International, Inc. d/b/a Irving
Music, Angry Desert Music

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; VELVET APPLE MUSIC; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; Al GREEN MUSIC, INC.; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC; ANGRY DESERT MUSIC,<br><br>Plaintiffs,<br><br>v.<br><br>HAMAD ALNAJRAN, an individual d/b/a SLIM'S PDX a/k/a SLIM'S RESTAURANT AND LOUNGE a/k/a SLIMS,<br><br>Defendants. | Civil No.: _____<br><br>**COMPLAINT** |

///

**Bullivant|Houser|Bailey PC**

One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**COMPLAINT**

**Page 1**

Plaintiffs Broadcast Music, Inc., Velvet Apple Music, Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing, Al Green Music, Inc., Rondor Music International, Inc. d/b/a Irving Music, and Angry Desert Music (collectively, "Plaintiffs"), upon knowledge as to Plaintiffs, or otherwise upon information and belief, hereby allege the following.

## JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 *et seq.* (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3. Plaintiff Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of Delaware. BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007. BMI has been granted the right to license the public performance rights in 20.6 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4. The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Plaintiff Velvet Apple Music is a sole proprietorship owned by Dolly Parton. This Plaintiff is a copyright owner of at least one of the songs in this matter.

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

COMPLAINT
Page 2

6. Plaintiff Sony/ATV Songs LLC is a limited liability company doing business as Sony/ATV Tree Publishing. Plaintiff is a copyright owner of at least one of the songs in this matter.

7. Plaintiff Al Green Music, Inc. is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

8. Plaintiff Rondor Music International, Inc. is a corporation doing business as Irving Music. This Plaintiff is a copyright owner of at least one of the songs in this matter.

9. Plaintiff Angry Desert Music is a sole proprietorship owned by Randall Barry Weeks. This Plaintiff is a copyright owner of at least one of the songs in this matter.

10. Defendant Hamad Alnajran operates, maintains and controls an establishment known as Slim's PDX a/k/a Slim's Restaurant and Lounge a/k/a Slims located at 8635 N. Lombard Street, Portland, OR 97203, in this district ("Establishment"). In connection with the operation of this business, Defendant Hamad Alnajran publicly performs musical compositions and/or causes musical compositions to be publicly performed.

11. Defendant Hamad Alnajran is an individual with responsibility for the operation and management of the Establishment.

12. Defendant Hamad Alnajran has a direct financial interest in the Establishment.

## CLAIMS OF COPYRIGHT INFRINGEMENT

13. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 12.

14. Since March 2019, BMI has reached out to Defendant over fifty (50) times, by phone, mail, and email in an effort to educate Defendant as to his obligations under the

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

COMPLAINT
Page 3

Copyright Act with respect to the necessity of purchasing a license for the public performance of musical compositions in the BMI Repertoire.  Included in the letters were Cease and Desist Notices, providing Defendant with formal notice that he must immediately cease all use of BMI-licensed music in the Establishment.

15.     Plaintiffs allege four (4) claims of willful copyright infringement, based upon Defendant's unauthorized public performance of musical compositions from the BMI Repertoire.  All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts.  Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendant.

16.     Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendant.  The Schedule contains information on the four (4) claims of copyright infringement at issue in this action.  Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule):  Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

**Bullivant|Houser|Bailey PC**

One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**COMPLAINT**
**Page 4**

17. For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

18. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

19. For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2.  For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

20. For each work identified on the Schedule, on the date(s) listed on Line 7, Defendant publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so.  Thus, Defendant has committed copyright infringement.

21. The specific acts of copyright infringement alleged in the Complaint, as well as Defendant's entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage.  By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendant threatens to continue committing copyright infringement.  Unless this Court restrains Defendant from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

**Bullivant|Houser|Bailey PC**

One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**COMPLAINT**
**Page 5**

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs pray that:

(1) Defendant, his agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(2) Defendant be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

(3) Defendant be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(4) Plaintiffs have such other and further relief as is just and equitable.

DATED: November 2, 2022

                BULLIVANT HOUSER BAILEY PC

                By  _/ s / Alexander H. Hill_
                    **Loren D. Podwill, OSB #843241**
                    **E-mail:  loren.podwill@bullivant.com**
                    **Alexander H. Hill, OSB #135515**
                    **E-mail:  alexander.hill@bullivant.com**
                    Telephone: 503.228.6351

                TRIAL ATTORNEY: Loren D. Podwill

                Attorneys for Plaintiffs Broadcast Music, Inc., Velvet Apple Music, Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing, Al Green Music, Inc., Rondor Music International, Inc. d/b/a Irving Music, Angry Desert Music

4891-3974-3549.1 03121/70023

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

COMPLAINT
Page 6

# Schedule

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Jolene |
| Line 3 | Writer(s) | Dolly Parton |
| Line 4 | Publisher Plaintiff(s) | Dolly Parton, an individual d/b/a Velvet Apple Music |
| Line 5 | Date(s) of Registration | 7/13/73 |
| Line 6 | Registration No(s). | Ep 314106 |
| Line 7 | Date(s) of Infringement | 11/24/19 |
| Line 8 | Place of Infringement | Slim's PDX a/k/a Slim's Restaurant and Lounge a/ka Slims |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Son Of A Preacher Man |
| Line 3 | Writer(s) | John Hurley; Ronnie Wilkins |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing |
| Line 5 | Date(s) of Registration | 9/19/68 |
| Line 6 | Registration No(s). | Ep 249864 |
| Line 7 | Date(s) of Infringement | 11/24/19 |
| Line 8 | Place of Infringement | Slim's PDX a/k/a Slim's Restaurant and Lounge a/ka Slims |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Take Me To The River |
| Line 3 | Writer(s) | Al Green; Mabon Hodges |
| Line 4 | Publisher Plaintiff(s) | Al Green Music, Inc.; Rondor Music International, Inc. d/b/a Irving Music |
| Line 5 | Date(s) of Registration | 10/22/74     1/23/79 |
| Line 6 | Registration No(s). | Eu 528135    PA 33-401 |
| Line 7 | Date(s) of Infringement | 11/24/19 |
| Line 8 | Place of Infringement | Slim's PDX a/k/a Slim's Restaurant and Lounge a/ka Slims |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Can't Let Go |
| Line 3 | Writer(s) | Randall Barry Weeks a/k/a Randy Weeks |
| Line 4 | Publisher Plaintiff(s) | Randall Barry Weeks, an individual d/b/a Angry Desert Music |
| Line 5 | Date(s) of Registration | 10/12/99 |
| Line 6 | Registration No(s). | PA 969-151 |
| Line 7 | Date(s) of Infringement | 11/24/19 |
| Line 8 | Place of Infringement | Slim's PDX a/k/a Slim's Restaurant and Lounge a/ka Slims |